1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL LUJAN,                           No.  2:13-cv-02205 DAD P

12                  Petitioner,

13          v.                                 ORDER

14   PLACER SUPERIOR COURT,

15                  Respondent.

16

17          Petitioner, a Placer County Jail inmate proceeding pro se, has filed a petition for a writ of

18   habeas corpus.  In his petition it appears that petitioner is awaiting trial on criminal charges in

19   state court and had disagreed with his defense counsel in that criminal matter over the waiving of

20   his right to a speedy trial.  However, seven days after petitioner filed his habeas petition in this

21   court, he filed a letter requesting that this habeas action be dismissed purportedly because he had

22   been by the trial judge presiding over his prosecution in state court that time had not been waived

23   for trial in his case.  (ECF No. 3.)

24          Accordingly, petitioner's request will be granted.  IT IS HEREBY ORDERED that this

25   action be dismissed and administratively closed.

26   Dated:  October 31, 2013

27

28   DAD:4
                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

luj2205.159